# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| Ralph John ("Trey") Fallows, III, ) | CASE NO. 4:19-cv-01182-JD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT MOTION TO AMEND** |
| ) | **ONE DEADLINE IN CURRENT** |
| Coastal Carolina University, ) | **SCHEDULING ORDER** |
| Michelyn Pylilo, individually, and ) | |
| Travis E. Overton, individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff and Defendants (collectively "the Parties") file this Consent Motion to amend one deadline in the current Scheduling Order. Pursuant to the existing Scheduling Order (*EN #40*), Discovery was to be completed no later than August 1, 2022. On July 25th, Plaintiff's deposition was taken and on July 26, 2022, Defendant Pylilo's and Defendant Overton's depositions were taken. The transcripts from the Court Reporter were requested to be produced expeditiously. Defendants' deposition transcripts were received August 4, 2022, and Plaintiff's deposition transcript was received August 5, 2022. Each party has 30 days in which to review their deposition testimony and make any necessary corrections, which will be due September 4th and 5th, 2022. The current deadline for dispositive motions is due on September 1, 2022.

Based on the foregoing, the Parties move for the Court to enter a Fourth Amended Scheduling Order. This new Scheduling Order would impose a deadline of October 3, 2022 for the Parties to complete any and all dispositive motions. All other deadlines will remain in effect.

48777461 v1

2

The Parties submit that good cause exists for the Court to enter a New Scheduling Order, and the Parties so move.

| WE SO CONSENT | WE SO CONSENT |
|---|---|
| **THE BRITTAIN LAW FIRM, P.A.** | **BURR & FORMAN LLP** |
| /s/ Thomas Casey Brittain | /s/ James K. Gilliam |
| Thomas Casey Brittain, SC Bar #893 | James K. Gilliam, SC Bar #76695 |
| 4614 Oleander Drive | 104 South Main Street, Suite 700 |
| Myrtle Beach, SC 29577 | Greenville, SC 29601 |
| (843) 449-8562 | (864) 271-4940 |
| Email: tommyb@brittainlawfirm.com | Email: jgilliam@burr.com |

Date: August 10, 2022

48777461 v1