# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Ralph John ("Trey") Fallows, III, ) | CASE NO. 4:19-cv-01182-JD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANTS' OBJECTIONS TO** |
| ) | **PLAINTIFF'S RULE 26(a)(3)** |
| Coastal Carolina University, Michelyn ) | **DISCLOSURES** |
| Pylilo, individually, and Travis E. ) | |
| Overton, individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Coastal Carolina University ("CCU"), Michelyn Pylilo ("Pylilo"), and Travis E. Overton ("Overton") or collectively as ("Defendants"), make the following objections to Plaintiff's Rule 26(a)(3) disclosures.

## A.  Witnesses

Defendants object to Maryann Fallows, Ralph Fallows, Steven Rambam, Kenneth Warren Reed, Jr., and Robert Mason being called as witnesses. These witnesses do not have relevant testimony to offer in this case.

Defendants further object to the calling of Dr. Patel as a witness. According to Plaintiff's discovery responses, Dr. Patel made no diagnosis of Plaintiff, and Dr. Patel prescribed no mediation to Plaintiff. As a result, Dr. Patel also does not have any relevant testimony to offer.

## B.  Exhibits

Defendants object to the introduction of the Trial Transcript in the case referred to as Doe v. Coastal Carolina University. This transcript has not been disclosed in discovery, is not relevant, is hearsay and does not fit within a hearsay exception, and should be excluded by Rule 403, FRE, if such analysis is necessary.

Defendants object to the introduction of the mugshot of Plaintiff on the grounds it has not been produced in discovery and is not relevant.

Defendants object to the introduction of Officer Phylilo's deposition, as no such testimony has been properly designated by Plainitff.

Defendants object to the introduction of "CCU policies" and "CCU informational literature" on the ground that the Plaintiff has not sufficiently described these documents to give the Defendants the opportunity to respond as to whether or not they have objections.

Defendants object to the introduction of Officer Pylilo's personnel file, as these documents were not obtained during discovery.

Dated: October 24, 2022              **BURR & FORMAN LLP**

By:     */s/ James K. Gilliam*
       James K. Gilliam       (Fed ID 10761)
       104 South Main St., Suite 700 (29601)
       Post Office Box 447
       Greenville, SC  29602
       864.271.4940 (Telephone)
       864.271.4015 (Facsimile)
       jgilliam@burr.com
       ATTORNEY FOR DEFENDANTS