# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Ralph John ("Trey") Fallows, III, | ) CASE NO. 4:19-cv-01182-JD |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S MOTION TO** |
| | ) **EXPEDITE FOR A PRE-TRIAL** |
| Coastal Carolina University, Michelyn | ) **STATUS CONFERENCE** |
| Pylilo, individually, and Travis E. | ) |
| Overton, individually, | ) |
| Defendants. | ) |

**TO: THIS HONORABLE COURT, THE ABOVE REFERENCED DEFENDANTS, AND ALL COUNSEL OF RECORD:**

**YOU WILL PLEASE TAKE NOTICE** that the Plaintiff, Ralph John ("Trey") Fallows, III, by and through his undersigned attorneys, will appear before the presiding judge and move for a Status Conference, pursuant to Rule 16 of the Local Federal Rules of Civil Procedure, Fed. Rule 16(a). All pre-trial briefs and exhibits are due by Monday, November 21, 2022, and this case is subject to being called for jury selection and/or trial on or after Monday, November 28, 2022.

The purpose of the requested status conference is for the parties and the court to discuss the pending matters (pending motions and pending responses) and the current scheduling order in place and timing of the trial. Of the pending Motions, Plaintiff would most like to be heard on the following:

ECF [67] Plaintiff's Motion to Reopen Discovery (Defendants' response to this motion is due on November 17, 2022) – specifically regarding the Michelyn Pylilo report; and

ECF [65] Plaintiff's Motion to Appear Pro Hac Vice by Kimberly Lau (Document Number: 66 Defendant's Response in Opposition to [65] Motion to Appear Pro Hac Vice by Kimberly Lau;

and ECF [73] Plaintiff's to Appear Pro Hac Vice by James Figliozzi (Defendants' response to this motion is due on November 21, 2022).

Plaintiff's undersigned counsel has advised Defense counsel of this request, prior to filing. Plaintiff humbly requests this court to schedule a status conference with all parties at the court's discretion and earliest opportunity.

**RESPECTFULLY SUBMITTED,**

**THE BRITTAIN LAW FIRM, P.A.**

By: *s/A. Preston Brittain*
Thomas C. Brittain, Esquire (Fed ID #04920)
A. Preston Brittain, Esquire (Fed ID # 10408)
Mary Madison B. Langway (Fed ID # 10684)
4614 Oleander Drive
Myrtle Beach, SC 29577
843-449-8562
843-497-6124 (fax)
tommyb@brittainlawfirm.com
preston@brittainlawfirm.com
marymadison@brittainlawfirm.com