UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Ralph John ("Trey") Fallows, III, | ) | Civil Action No. **4:19-cv-01182-JD** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Coastal Carolina University, | ) | **NOTICE OF APPEAL** |
| Michelyn Pylilo, individually, and | ) | |
| Travis E. Overton, Individually, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |

**TO: THE HONORABLE DISTRICT COURT, THE CLERK OF COURT, THE ABOVE-NAMED DEFENDANTS, and THEIR COUNSEL OF RECORD:**

Notice of Appeal is hereby given that Ralph John ("Trey") Fallows, III, (hereinafter "Plaintiff") in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 29th day of June 2023.

Plaintiff Fallows hereby files this Notice of Appeal in reference to the Order and Opinion filed as ECF 147 on June 9, 2023, wherein Honorable Judge Joseph Dawson, III, Granted Defendant's Summary Judgment, said order limited only to Plaintiff's Title IX causes of actions against Defendant Coastal Carolina University.

**RESPECTFULLY SUBMITTED,**

**THE BRITTAIN LAW FIRM, P.A.**

By: /s/ *Thomas C. Brittain*
Thomas C. Brittain, Esquire (Fed ID #04920)
A. Preston Brittain, Esquire (Fed ID # 10408)
Mary Madison B. Langway, Esquire (Fed ID # 10684)
4614 Oleander Drive
Myrtle Beach, SC 29577
843-449-8562

        843-497-6124 (fax)
        tommyb@brittainlawfirm.com
        preston@brittainlawfirm.com
        marymadison@brittainlawfirm.com
        *-and-*

**WARSHAW BURSTEIN, LLP**

By: /s/ *Kimberly C. Lau*
    Kimberly C. Lau, Esq.
    James E. Figliozzi, Esq.
    575 Lexington Avenue
    New York, New York 10022
    (212) 984-7709
    klau@wbny.com
    jfigliozzi@wbny.com
    *Attorneys for Plaintiff*